

## LAW OFFICES OF
## STUART D. MARKOWITZ, P.C.

575 JERICHO TURNPIKE • SUITE 210
JERICHO, NEW YORK 11753
(516) 935-3500
smarkowitz@markowitz-law.com

STUART D. MARKOWITZ

EFRAIN RAMOS, JR.

FACSIMILE
(516) 935-3599

March 14, 2022

*Via Electronic Case Filing*

Hon. John F. Keenan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-15-22

    RE:    State Farm Mutual Automobile Insurance Company a/s/o Rosario Cruz Taveras
             v. United States of America
             Case No.: 22cv517 (JFK)

Dear Judge Keenan:

    This office represents plaintiff, State Farm Mutual Automobile Insurance Company a/s/o Rosario Cruz Taveras in the above-referenced matter.

    I am writing this letter to respectfully request that the Pre Trial Conference scheduled for Wednesday, March 23, 2022 at 11:15 am located at United States Courthouse, 500 Pearl Street, New York, New York, be adjourned for thirty (30) to forty five (45) days,.

    The reason for this request is that service of process is not complete and we have not yet received an answer from Defendant, USA.

    If the Court will require any additional information we would respectfully request that the Court contact the undersigned.

Very truly yours,

STUART D. MARKOWITZ, ESQ.

SDM:sa

```
The March 23, 2022, initial pre-trial conference in this case is
adjourned to April 27, 2022, at 11:15 AM in Court 20-C.

SO ORDERED.
Dated: New York, New York
       March 15, 2022
```

John F. Keenan
United States District Judge