USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/22

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------X
STATE FARM AUTOMOBILE INSURANCE       :
COMPANY a/s/o ROSARIO CRUZ            :
TAVERAS,                              :
                                     :
                  Plaintiff,         :
                                     :
     -against-                       :
                                     :
THE UNITED STATES OF AMERICA,        :
                                     :
                  Defendant.         :
-------------------------------------X
```

22 Civ. 517 (JFK)

**ORDER**

**JOHN F. KEENAN, United States District Judge:**

The initial pretrial conference in the above captioned case, currently scheduled for April 27, 2022, is adjourned to May 11, 2022, at 11:15 A.M. in Courtroom 20-C.

**SO ORDERED.**

Dated:  New York, New York
        April 22, 2022

_____
John F. Keenan
United States District Judge